UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DION N. TAYLOR,

    Plaintiff,

vs.

SAN FRANCISCO PROBATION DEPT., et. al.,

    Defendants.

No. C 14-1794 PJH (PR)

**ORDER**

Plaintiff, a former detainee in Solano County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On August 4, 2014, Solano County Jail sent a letter indicating that plaintiff is no longer in custody at the jail. Plaintiff has not provided a forwarding address. If plaintiff wishes to continue with this case he must inform the court that he wishes to proceed and provide an updated address by **October 1, 2014**.

**IT IS SO ORDERED.**

Dated: September 16, 2014.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.14\Taylor1794.ord.wpd