UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DION N. TAYLOR,

        Plaintiff,

vs.

SAN FRANCISCO PROBATION DEPT., et. al.,

        Defendants.
                                      /

No. C 14-1794 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a former detainee, has filed a civil rights action. However, mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable and the jail indicates that plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b). Plaintiff's motion for phone calls (Docket No. 6) is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 25, 2014.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

G:\PRO-SE\PJH\CR.14\Taylor1794.dsm-mail.wpd